# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KELLY JACKSON,<br><br>        Plaintiff,<br><br>vs.<br><br>NYE COUNTY, *ex rel.* NYE COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>        Defendants. | 2:16-cv-03022-RFB-VCF<br><br>**ORDER** |

Before the Court is the proposed discovery plan and scheduling order (ECF No. 17). The proposed discovery plan and scheduling order is not in compliance with LR 26-1(a).

Accordingly,

IT IS HEREBY ORDERED that a telephonic discovery hearing on the proposed discovery plan and scheduling order (ECF No. 17) is scheduled for 2:00 PM, May 10, 2017.

The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 4th day of May, 2017.

                                                              _____
                                                              CAM FERENBACH
                                                               UNITED STATES MAGISTRATE JUDGE