MATTHEW Q. CALLISTER, ESQ. (SBN 1396)
MITCHELL S. BISON, ESQ. (SBN 11920)
CALLISTER LAW GROUP
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Tel. (702) 385-3343
Fax. (702)385-2899
mqc@callcallister.com
mbisson@callcallister.com
*Attorneys for Plaintiff*

REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Fax. (775)786-4160
rbruch@etsreno.com
*Attorneys for Defendant Nye County*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KELLY JACKSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NYE COUNTY ex rel. NYE COUNTY SHERRIFF'S OFFICE; ANTONIO M. MEDINA,<br><br>Defendants. | Case No. 2:16-cv-03022-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, KELLY JACKSON, and Defendant, NYE COUNTY *ex rel.* NYE COUNTY SHERIFF'S OFFICE by and through their respective undersigned counsel of record, hereby stipulate and respectfully request an order dismissing this entire action with prejudice.

1

Each party shall bear its own costs and fees for claims dismissed by this Stipulation and Order.

RESPECTFULLY SUBMITTED this 11th day of September, 2019.

CALLISTER & ASSOCIATES

/s/ Matthew Callister
Matthew Q. Callister, Esq. (SBN 1396)
330 E. Charleston Blvd., Ste. 101
Las Vegas, NV 89104
*Attorneys for Plaintiff*

RESPECTFULLY SUBMITTED this 11th day of September, 2018.

ERICKSON, THORPE & SWAINSTON, LTD

/s/ Rebecca Bruch
REBECCA BRUCH, ESQ. (SBN 7289)
99 West Arroyo Street
Reno, Nevada 89509

**ORDER**

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of the Court is directed to CLOSE THIS CASE.

Dated this 19th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE